23-0637-431

CAUSE NO. _____

| | | |
|---|---|---|
| Kristopher J Bailey Sr | § | IN THE DISTRICT COURT |
| **PLAINTIFF** | § | |
| v. | § | DENTON COUNTY, TEXAS |
| | § | |
| J P Morgan Chase Bank, Chase Bank & James Dimon | § | |
| **DEFENDANT** | § | |

Defendant(s) address: 270 Park Ave

31st Floor

New York, NY 10017

**PETITION:** Civil Suit

**COMPLAINT:** The basis for the claim which entitles Plaintiff to seek relief against Defendant is: Kristopher J Bailey Sr (436531401) is the founder and rightful owner of Chase Bank, J P Morgan Chase Bank who is the defendant in this petition. *(A founder is the person who starts their own company. They're the one who came up with the business idea and acted on it.) (a person claiming ownership of property which is the subject of a crime or has been abandoned).* Kristopher J Bailey Sr (436531401) was the owner of Whitney Bank and Hibernia Bank which eventually transitioned over to Chase Bank /J P Morgan Chase Bank who is the defendant in this petition. This petition is being filed to recover bank accounts, LLC's,

ownership of business and other assets that was taken out of his name illegally by different individuals including J P Morgan Chase bank / Chase bank employees without his knowledge or permission. Multiple bank employees took control of Chase bank offices and made hundreds of transfers from his bank accounts that he owned without permission. They took these bank accounts out of his name and social security number and used them as if it was their personal bank accounts. He believes it was about 39 bank accounts that were taken out of his name at the time. Some of these bank accounts were under the names of **Hibernia, SLS, H.C. (Health Care), Federal Government LLC, Bureau of the Treasury, City of New Orleans Music, City of New Orleans Movies, Elon Musk LLC, Donald Trump LLC, J B Smooth LLC, Economy for Kristopher Bailey, Home Depot, Lowe's and other bank accounts.** He considers this to be **Bank Embezzlement** and/or **Bank Fraud.** He believes these bank accounts were taken out of his name due to people trying to hide his identity. Due to people taking these bank accounts and LLC's out of Kristopher J Bailey Sr (436531401) name and social security number, this has **"Deprived"** him of a life and a certain standard of living along with his family members, he was rich. *("Bank embezzlement" is a criminal activity where an employee of a bank takes funds from the bank,.) (Under Texas penal code 31.01.2 "Deprive" means to withhold property from the owner permanently or for so extended a period of time that a major portion of the value or enjoyment of the property is lost to the owner.) ("Bank Fraud" is a criminal offense where an individual deliberately and knowingly carries out a scheme to defraud a financial institution.)* Kristopher J Bailey Sr (436531401) whom is the rightful owner of J P Morgan Chase Bank/Chase Bank **"DID NOT"** grant permission for any other person / people to list their names as the owner of Chase Bank / J P Morgan Chase bank **"NOR"** to receive compensation as the owner or to receive any other benefits that the owner of Chase bank who is the defendant in this petition would have received. **Under Texas penal code 31.03.00 This is a severe case of Theft.** *(A person commits an offense if he unlawfully appropriates property with intent to deprive the owner of the property.)* Chase bank/J P Morgan Chase bank who is the defendant in this petition did not protect Kristopher J Bailey Sr (436531401) name as the owner of Chase bank/J P Morgan Chase bank **"NOR"** did they protect his bank accounts or LLC's. He believes because of who he was/is in life he became a **"Target"** at a very young age and still is till this day. Because he was very rich people started taking his companies and bank accounts out of his name and changing his social security number on everything. *("Target" a person, object or thing selected as the aim*

*of an attack).* Finally, he is also seeking damages for mental anguish and for years of torment for not being allowed to be a part of a company that he created and paid for. *(mental suffering which includes fright, feelings of distress, anxiety, depression, grief and/or psychosomatic physical symptoms.) ("Torment" a high degree of emotional pain, distress, torment, or suffering that may aggravate a crime or be a subject of an action for damages or wrongful death.)*

**RELIEF:** Plaintiff seeks damages in the amount of **Undisclosed** *("undisclosed" not revealed or made known publicly)*, and to have his name, SS# and bank account number placed back as the owner of Chase Bank. He is asking for access to every bank account that was taken from him and to have them replenished to the balance they were before they were taken from him. Kristopher J Bailey Sr (436531401) is asking that every person listed or was listed as the owner illegally to be removed and to have reversals completed for any compensation or transfers that may have been paid to them. Kristopher J Bailey Sr (436531401) is requesting that any amount that is awarded to him to be paid within 30 days of the court date via certified check by a reputable courier service or electronic transfer to his bank account ending in 1303. Kristopher J Bailey Sr (436531401) is requesting full control and access to his Chase bank owners account book with financial details including all bank account numbers. Kristopher J Bailey Sr (436531401) is asking that the defendant covers all court cost and/or attorney fees for him. Finally, he is asking for investigation and criminal charges to be filed under **Bank Embezzlement, Bank Fraud and Theft** against anyone receiving or has received transfers and compensation illegally as the owner of Chase bank / J P Morgan Chase Bank. Also against those that have removed his name illegally as the owner of Chase bank. *(A criminal charge is an accusation of a crime based on probable cause. At this stage, a prosecutor reasonably believes that the suspect has committed the crime and has enough evidence to prove it in court.)* **Bank Embezzlement** *("Bank embezzlement" is a criminal activity where an employee of a bank takes funds from the bank,.)* **Bank Fraud** *("Bank Fraud" is a criminal offense where an individual deliberately and knowingly carries out a scheme to defraud a financial institution.)*

**SPECIAL REQUEST:** There is a memory website *(www.memory.biz.com)* that was created by NASA so his memory could be preserved and viewed in case something happened to him or it was needed for court. It has been used multiple times before in court and may be available if the domain has not been changed. If it is not available please contact NASA for the new website address. Deeds, contracts, original ownership LLC's, canceled checks and other important information are stored on that website. It can also be located on Chase bank / J P Morgan Chase Bank owners account book. Please use this memory website for verification in the event he is unable to produce copies of documents as many if not all were taken from him over the years. This memory website can be located at multiple City Halls including The City of Frisco, New Orleans and NASA can also provide this information to the court as well. Kristopher J Bailey Sr (436531401) is requesting the use of the United States of America account book that features everything that was ever created in the world to prepare for court and access to Chase Bank owners account book. Kristopher J Bailey Sr (436531401) is also requesting that the court provides security in the court room or a secure courtroom and a close court room as well. He is also requesting access to be granted for him to access City Hall Frisco and the state records to prepare for court. Once he retrieves his records from Denton County and City Hall he will attach an addendum with his evidence and more detail about his case 15 days prior to the court date. *(An addendum or appendix, in general, is an addition required to be made to a document by its author subsequent to its printing or publication. It comes from the gerundive addendum, plural addenda, "that which is to be added," from addere.) (evidence is every type of proof legally presented at trial (allowed by the judge) which is intended to convince the judge and/or jury of alleged facts material to the case. It can include oral testimony of witnesses, including experts on technical matters, documents, public records, objects, photographs and depositions).* Kristopher J Bailey Sr (436531401) is asking the court to grant him special permission to get a copy of his Chase bank owner's account book with financial details and a copy of the banking system from Denton County Court House or City Hall Frisco so he can search his records. Finally, He is also asking Chase bank/J P Morgan Chase bank to search their records and provide proof of ownership along with original deeds, LLC documents, canceled checks and any other supporting documents.

**SERVICE OF CITATION:** Service is requested on Defendant(s) by: _____ personal service at home or work, _____ registered mail, (X) certified mail, return receipt requested. If required, Plaintiff requests alternative service as allowed by the Texas Rules of Civil Procedure. Other addresses where Defendant(s) may be served are:

_____

_____

_____ I hereby request a jury trial. The fee is $22 and must be paid at least 14 days before trial.

(X) I hereby consent for the answer and any other motions or pleadings to be sent to my **email address** as follows: **krisbaileysr@yahoo.com**

Kristopher J Bailey Sr _____(KB)_____ krisbaileysr@yahoo.com

**Plaintiff's Printed Name    Signature of Plaintiff/Plaintiff's Attorney**

12653 Concho Dr Frisco, Texas 75033

**Plaintiff/Attorney Address City, State, Zip**

504.975.1190

**Plaintiff Phone Number    Plaintiff Fax Number**

Defendant's Information (if known):
Date of birth:_____ Phone Number:_____
_____ Last three digits of Driver's License: _____ Last three digits of Soc. Sec. No.: _____

**Service request - One Per Defendant Choose one of the below options**

Cause Number : _____ Defendant/Registered Agent:

Service Address: _____

**Constable Service Information**

County: _____
Constable: _____

Precinct: _____
Address: _____ City,
State, Zip: _____

Service fee:

_____

**OR**

**Certified Restricted Delivery Information**

**Defendant/Registered Agent:** Chase Bank (Leadership)

**Mailing Address:** 270 Park Ave

    31st Floor

    New York, NY 10017

**OR**

**Private Process Server**

Citations to be served by a Private Process Server must be picked up at the court.

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 72063822
Status as of 1/24/2023 3:42 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kristopher Bailey | | krisbaileysr@yahoo.com | 1/23/2023 5:31:32 PM | SENT |